PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and answer within 20 days, upon payment of costs in court below and of this appeal.

KELLOGG, J., dissents.

STEIN et al., Appellants, v. DAVIES, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Leo Stein and others against John A. Davies, impleaded with others. J. C. Guggenheimer, for appellants. F. L. Stiles, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STEIN, Appellant, v. OPRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Max Stein against Joseph Opry and another. No opinion. Order reversed, with $10 costs and disbursements, upon the authority of Watt v. Feltman, 111 App. Div. 314, 97 N. Y. Supp. 737.

STEPHENS, Appellant, v. CUTTING, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Jennie M. Stephens against William B. Cutting. H. Peck, for appellant. G. Zabriskie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STERN, Appellant, v. CORN, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Louis Stern against Henry Corn. No opinion. Judgment affirmed, with costs.

STICKLES et al., Respondents, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Gertrude M. Stickles and others against Wilber Miller and others. No opinion. Motion denied. See, also, 122 N. Y. Supp. 1147.

STORY et al., Appellants, v. EISFELDT, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Henry J. Story and another against May I. Eisfeldt, impleaded with others. E. Simpson, for appellants. W. D. Gaillard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STORY. et al., Appellants, v. EISFELDT, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Henry S. Story and another against May I. Eisfeldt, impleaded with others. M. G. Katz, for appellants. W. D. Gaillard, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STRACCI, Appellant, v. FARINA, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Salvatore Stracci against Antonio Farina. H. J.

Hindes, for appellant. C. J. Gleason, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STRELITZER, Appellant, v. SCHNAIER, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Julius Strelitzer against Milton Schnaier. S. Wechsler, for appellant. M. Mayer, for respondent. PER CURIAM. Judgment affirmed, with costs, on 135 App. Div. 384, 119 N. Y. Supp. 977. Order filed.

LAUGHLIN, J., dissents.

SWEET, Respondent, v. MARSH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by William H. Sweet against Martha J. Marsh and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 118 N. Y. Supp. 1145.

SWEETING, Appellant, v. IROQUOIS CHINA CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Julia A. Sweeting against the Iroquois China Company. PER CURIAM. Judgment and order affirmed, with costs. See same case on former appeal, reported at 129 App. Div. 777, 113 N. Y. Supp. 945.

KRUSE, J., dissents.

SWING v. WANAMAKER. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by James B. Swing, as trustee, etc., against John Wanamaker. No opinion. Motion granted, and case set down for argument on June 14th.

SWINGLE, Respondent, v. EMPIRE STATE DAIRY CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Alton W. Swingle against the Empire State Dairy Company. PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the damages to $500, in which case the judgment, as so modified, and order, affirmed, without costs.

HOUGHTON, J., votes for reversal.

SZAG, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by George Szag against the Pennsylvania Railroad Company. No opinion. Motion to dismiss appeal denied, without costs. See, also, 136 App. Div. 907, 120 N. Y. Supp. 1148.

TAYLOR, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Louis D. Taylor against Adele H. Robinson. No opinion. Judgment and order affirmed, with costs.